# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

132920

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHRISTOPHER S. GARON,
        Plaintiff-Appellant,

v

                                        SC: 132920
                                        COA: 271234
                                        WCAC: 05-000102

CITY OF HAMTRAMCK,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

_____
Clerk

t0530